The People of the State of New York, Respondent,
against
Jeanette Cardona, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Neil E. Ross, J.), rendered June 24, 2013, convicting her, upon a plea of guilty, of driving while intoxicated, and imposing sentence.




Per Curiam.
Judgment of conviction (Neil E. Ross, J.), rendered June 24, 2013, affirmed.
The accusatory instrument, which in this case was required to meet the standards that apply to a misdemeanor complaint (see People v Dumay, 23 NY3d 518, 521 [2014]), was jurisdictionally valid, since it described facts of an evidentiary nature establishing reasonable cause to believe that defendant was guilty of driving while intoxicated per se (see VTL § 1192[2]). Allegations that defendant was operating a vehicle on the "northeast corner of West 158th Street and Henry Hudson Parkway in the County and State of New York" was sufficient to establish the "public highway" element of the offense charged (VTL 1192[7]; see e.g. People v Kasse, 22 NY3d 1142, 1143 [2014]). The Vehicle and Traffic Law broadly defines a public highway as "[a]ny highway, road, street, avenue, alley, public place, public driveway or any other public way" (Vehicle and Traffic Law § 134; People v Beyer, 21 AD3d 592, 594 [2005], lv denied 6 NY3d 752 [2005]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 17, 2016